UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61320-CIV-COHN

MARCHELL NORRIS,

Magistrate Judge Seltzer

    Plaintiff,

vs.

MOVING VAN LINES, INC.,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Verified Motion for Entry of Final Judgment [DE 22]. The Court has carefully considered the motion and is otherwise advised in the premises. There has been no opposition or objection by any party to the motion by the deadline of March 23, 2009.

Upon review of Plaintiff's Verified Motion and the Court's prior order granting a default, it is **ORDERED AND ADJUDGED** as follows:

1.   Plaintiff's Verified Motion for Entry of Final Judgment [DE 22] is hereby **GRANTED**;

2.   Judgment is hereby entered against Moving Van Lines, Inc., and in favor of Plaintiff, Marchell E. Norris, in the amount of $31,873.75,[1] plus interest thereon at the rate of 0.59% per annum, for which let execution issue;

3.   The Clerk shall close this case and deny any pending motions as moot.

**DONE and ORDERED** in chambers in Fort Lauderdale, Broward County, Florida, this 30th day of March, 2009.

*[signature]*
JAMES I. COHN
United States District Judge

---

[1] This amount includes damages of $29,697.75 from ¶¶ 2-3 of the Verified Motion and prejudgment interest in the amount of $2,176.00 (11% per annum).

Copies furnished to:

Geoffrey D. Ittleman, Esq.

Moving Van Lines, Inc.
4097 N. 28th Way
Hollywood, FL 33020